**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**JULIUS M. DAVIS,**

**Plaintiff,**

**v.**

**FRANK BISIGNANO,**
**Commissioner of Social Security,**

**Defendant.**

**Case No. 26-cv-00445-SPM**

# MEMORANDUM AND ORDER

**McGLYNN, District Judge:**

Before the Court is the Parties' Joint Motion to Remand to the Commissioner of Social Security under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). (Doc. 14). A sentence four remand (as opposed to a sentence six remand) depends upon a finding of error, and is itself a final, appealable order. *See Perlman v. Swiss Bank Corp. Comprehensive Disability Prot. Plan*, 195 F.3d 975, 978 (7th Cir. 1999). Upon a sentence four remand, judgment should be entered in favor of the plaintiff. *Shalala v. Schaefer*, 509 U.S. 292, 302–03 (1993).

Plaintiff applied for Supplemental Security Income under Title XVI of the Social Security Act on June 27, 2023. (Doc. 9). Plaintiff's claim was initially denied on April 10, 2024, and again, upon reconsideration on September 30, 2024. (*Id.*). A hearing with an ALJ was held on April 24, 2025, and Plaintiff was issued an unfavorable decision on June 18, 2025. (*Id.*). The Appeal Council denied Plaintiff's request for review on January 30, 2026, and Plaintiff filed the instant suit. (*Id.*).

The Parties agree that, upon remand, the Administrative Law Judge ("ALJ") will: (1) consider Plaintiff Julius M. Davis's respiratory impairments; (2) re-evaluate Plaintiff's residual functional capacity; (3) offer Plaintiff an opportunity for a hearing; (4) take further action to complete the administrative record; and (5) issue a new decision.

Therefore, for good cause show, the Parties' Joint Motion to Remand (Doc. 14) is **GRANTED**. The final decision of the Commissioner of Social Security denying Plaintiff's application for Supplemental Security Income under Title XVI of the Social Security Act is **REVERSED and REMANDED** to the Commission for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g). The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiff and to close this case on the Court's docket.

**IT IS SO ORDERED.**

**DATED: August 19, 2026**

**STEPHEN P. McGLYNN**
**U.S. District Judge**